UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL Z. MATTHEW,

                Plaintiff,

-v-

PAPUA NEW GUINEA,

                Defendant.

AFFIDAVIT OF SERVICE

Docket No.: 07 CV 8705

IRAYA I. CORLEY, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in Brooklyn, New York. On October 9, 2007 I mailed the,

1. 3rd Amended Instructions for Filing An Electronic Case or Appeal;

2. Guidelines For Electronic Case Filing;

3. United States District Court Southern District of New York Procedures For Electronic Case Filing;

4. Notice Of Removal;

5. Notice That Action Has Been Removed;

6. United States District Court Southern District of New York Individual Practices Of Judge Laura Taylor Swain;

7. Individual Practices Of Magistrate Judge Michael H. Dolinger and

8. Civil Cover Sheet,

by mailing the same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York to the address as indicated below:

NYCDMS/1062654.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

        Maidman And Mittelman, LLP
        Stuart A. Jackson
        70 East 55th Street
        New York, NY 10022-3222

                                                  _____
                                                    Iraya Corley

Sworn to before me this
____ day of October, 2007

_____
    Notary Public

ALMA MONTES
Notary Public, State of New York
No. 31-4867657
Qualified in New York County
Commission Expires November 10, 20___

NYCDMS/1062654.1