UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL Z. MATTHEW,

           Plaintiff,

-v-

PAPUA NEW GUINEA,

           Defendant.

AFFIDAVIT OF SERVICE

Docket No.: 07 CV 8705

IRAYA I. CORLEY, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in Brooklyn, New York. On October 22, 2007, I mailed the Order dated October 19, 2007, by mailing the same in a sealed envelope, with postage prepaid thereon, in an official depository of the U.S. Postal Service within the State of New York to the address as indicated below:

    Maidman And Mittelman, LLP
    Stuart A. Jackson
    70 East 55th Street
    New York, NY 10022-3222

_____
Iraya Corley

Sworn to before me this
____ day of October, 2007

_____
Notary Public

ALMA MONTES
Notary Public, State of New York
No. 31-4867657
Qualified in New York County
Commission Expires November 10, 20__

NYCDMS/1063914.1