UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Michael Z. Matthew,<br><br>                             Plaintiff<br>v.<br><br>Papua New Guinea,<br>                            Defendant. | Case No. 07 Civ 8705 (LTS)(MHD)<br><br>**DECLARATION OF SERVICE** |

Iraya I. Corley declares and states as follows:

1.    I am an employee of Baker & McKenzie LLP, and I am not a party to the above captioned matter. I served the Memo Endorsed letter adjourning the conference to March 20, 2008 and "So Ordered" by the Court on February 14, 2008 upon Stuart Jackson, counsel for Plaintiff, by faxing a copy of the letter to Mr. Jackson's fax number 212.755.2140.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 14, 2008

_____
Iraya I. Corley

NYCDMS/1076886.1