# MAIDMAN AND MITTELMAN, LLP
### ATTORNEYS AND COUNSELORS AT LAW
70 EAST 55TH STREET
NEW YORK, NEW YORK 10022-3222
(212) PL5-0500
FACSIMILE: (212) 319-4549

MITCHEL A. MAIDMAN
GREGORY L. MAIDMAN
STUART A. JACKSON

EUGENE MITTELMAN   (1935-2005)

OF COUNSEL
RICHARD H.M. MAIDMAN

F. LLOYD GARTEN
MICHAEL MOSTOFF
CHRISTELLE CLEMENT

February 14, 2008

VIA FEDERAL EXPRESS

The Hon. Laura T. Swain, U.S.D.J.
United States Courthouse
500 Pearl Street, Room 755
New York, NY 10007

Re:  *Matthew v. Papua New Guinea*,
     Case No. 07 Civ. 8705 (LTS)(MHD)

Dear Judge Swain:

For the reasons set forth below, I write on behalf of petitioner to request a slightly further adjournment of the conference in the above referenced action.

I received today a copy of Your Honor's February 14, 2008 order, which directs that the conference previously scheduled for February 15 be adjourned to March 20, 2008. While I am not opposed to respondent's request for an adjournment, I will not be available on March 20 (as respondent's February 13, 2008 letter suggests) because I will be returning on that day from a trip overseas. I accordingly request that the conference be adjourned to March 21, 2008, which apparently is acceptable to respondent, or another date convenient for the Court shortly thereafter.

Copies mailed/faxed to  pet's Counsel
Chambers of Judge Swain   2-18-08

Respectfully,

Stuart A. Jackson

SAJ.fiz
cc:   John A. Basinger, Esq.
      (via fax, (212) 310-1600)

MEMO ENDORSED

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel [illegible] and filing a certificate of [illegible] within [illegible] days from the date hereof. Do [illegible] Chambers.

The conference is adjourned to March 25, 2008, at 3:30pm.

SO ORDERED

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE
2/19/08

FILED FEB 19 2008 U.S. DISTRICT COURT S.D. OF N.Y.

FILMED FEB 19 2008 -12:00 PM